# MEMORANDUM DECISIONS.

E. F. Porter, Plaintiff in Error, v. D. A. Ewing, Defendant in Error.

(Supreme Court of Florida, Division B, November 23, 1905.)

Writ of Error to Circuit Court Santa Rosa county; James T. Wills, Judge Eighth Circuit sitting for the Judge First Circuit.

*J. J. Sullivan,* for Plaintiff in Error.

*Thos. F. West,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. Cause dismissed on account of defective certificate to transcript of record, the certificate failing to state that the transcript contains a "correct transcript of the record of the judgment," and also that it contains "true and correct copies of all such papers and proceedings," &c.

Decision Per Curiam.